IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID M. LEMIEUX, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:10cv40-TMH |
| | ) |
| J.A. KELLER, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #19) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #19) of the Magistrate Judge is ADOPTED, and Petitioner's 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot.

A separate judgment shall issue.

Done this 20th day of December, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE